IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| HENRY JOINER #140755, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO.  2:09-cv-246-TMH |
| | ) | WO |
| RICHARD F. ALLEN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE

of the court that:

1. The plaintiff's objection (Doc. # 5) to the Recommendation of the Magistrate Judge

filed on April 15, 2009 is overruled;

2.  The Recommendation of the Magistrate Judge (Doc. #4) filed on April 8, 2009 is

adopted;

3. This case is DISMISSED without prejudice for plaintiff's failure to pay the full

filing fee upon the initiation of this case.

DONE this 1st day of May, 2009.


/s/ Truman M. Hobbs

_____
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE